UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

BRANDON & CLARK, INC.,

    Plaintiff,

v.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION, et al.,

    Defendants.

No. 5:24-CV-173-H

## ORDER

Before the Court is the defendants' unopposed motion to extend the deadline to respond to the complaint. Dkt. No. 37. For the reasons stated in the motion, it is granted. The defendants shall file their responses by November 25, 2024.

So ordered on October 23, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE