UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

BRANDON & CLARK, INC.,

    Plaintiff,

v.                                                                                    No. 5:24-CV-173-H

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION, et al.,

    Defendants.

## ORDER

Before the Court is the parties' joint motion to modify the briefing schedule. Dkt.

No. 54. For the reasons stated in the motion, it is granted. The defendants shall file a

combined memorandum in opposition to Brandon & Clark's motion for summary judgment

and memorandum in support of their cross-motion for summary judgment by March 28,

2025, not exceed 40 pages in length. Brandon & Clark shall file a combined memorandum

in support of its motion for summary judgment and memorandum in opposition to the

defendant's cross-motion for summary judgment by no later than April 11, 2025, not to

exceed 30 pages in length. The defendants shall then file a reply memorandum in support of

their cross-motion for summary judgment by no later than April 25, 2025, not to exceed 25

pages in length. The page limits in this Order do not include the table of contents and table

of authorities.

So ordered on March 26, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE